ORIGINAL

FILED
MAY 18 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Beta Partners, L.L.C., by and through Alpha I, L.P., a Notice Partner,

Plaintiff,

v.

United States of America,

Defendant.

Case No. 06-408 T

## NOTICE OF DIRECTLY-RELATED AND INDIRECTLY-RELATED CASES

Pursuant to Rule 40.2(a), Plaintiff hereby files notice that this case is directly-related to the case filed simultaneously in Alpha I LP, by and through Robert Sands, a Notice Partner v. United States (the "Alpha case").

In both this case and the Alpha case, Plaintiffs seek readjustment of partnership items under Section 6226 of the Internal Revenue Code of 1986, as amended. This case and the Alpha case involve the same ultimate parties and assert similar claims. Assignment of these two cases to a single judge is appropriate because consolidation will conserve the court's and the parties' resources and promote the efficient determination of the actions.

Pursuant to Rule 40.2(b), Plaintiff hereby files notice that this case is indirectly-related to the cases filed simultaneously in R,R,M & C Group, L.P., by and through Robert Sands, a Notice Partner v. United States (the "Group case"); R,R,M & C Partners, L.L.C., by and through R,R,M & C Group, L.P., a Notice Partner v. United States (the "Partners case"); and CWC Partnership I, by and through Trust FBO Zachary Stern U/A Fifth G, Andrew Stern and Marilyn Sands, Trustees, a Notice Partner v. United States ("CWC"). This case and the indirectly-related cases

have some of the same ultimate parties and assert some of the same claims. Specifically, CWC is a partner in the partnership in the Group case, and as such, the adjustments at issue in the Partners case and the Group case effect the derivate adjustments in the CWC case. CWC is also a partner in the partnership in the Alpha case, and as such, the adjustments at issue in the Alpha case and the Beta case effect the derivate adjustments in the CWC case. Assignment of these indirectly-related cases to the same judge is appropriate, will conserve the court's and the parties' resources and will promote the efficient determination of the actions.

Dated: May 18, 2006

Respectfully submitted,

Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Tel: (202) 383-0100
Fax: (202) 637-3593
Attorney for Plaintiff