# In the United States Court of Federal Claims

No. 06-408 T

(E-Filed: August 30, 2006)

| | |
|---|---|
| BETA PARTNERS, L.L.C.., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it defendant's Request for Extension of Time (Motion) filed August 16, 2006. For the reasons stated therein, defendant's Motion is hereby GRANTED. Defendant shall respond to plaintiff's Complaint on or before September 15, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge